**98–496. Third Fed. S. & L. Assn. v. Herman.**
Cuyahoga App. No. 73629. On motion for immediate stay of court of appeals' judgment and to continue stay of trial court's judgment. Motion denied.
RESNICK and LUNDBERG STRATTON, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–217. State v. Uskert.**
Ashland App. No. 97COA01219.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**98–235. O'Sullivan v. Provident Bancorp, Inc.**
Hamilton App. No. C–970141.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–289. Selander v. Erie Ins. Group.**
Darke App. No. 97CA1432. Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–494, *supra.*
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**98–346. State v. Yurchiak.**
Medina App. No. 2684–M. *Sua sponte,* cause consolidated with 98–205, *supra.*